**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Resendiz

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ8567 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| JUAN MANUEL RESENDIZ, ) | |
| Defendant. ) | |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                  Respectfully submitted,

Dated: June 25, 2008         */s/ Norma Aguilar*
                    **NORMA AGUILAR**
                    Federal Defenders of San Diego, Inc.
                    Attorneys for Mr. Resendiz
                    Norma_Aguilar@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 25, 2008              /s/ Norma Aguilar
                                  **NORMA AGUILAR**
                                  Federal Defenders of San Diego, Inc.
                                  225 Broadway, Suite 900
                                  San Diego, CA  92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                   Email: Norma_Aguilar@fd.org